

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00109-CV

**IN RE** David **RODRIGUEZ** and Phillip Rodriguez

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Beth Watkins, Justice

On March 13, 2019, this court issued an opinion denying relators' petition for writ of mandamus. On March 22, 2019, relators filed a motion to reconsider. After considering the motion, relators' motion to reconsider is hereby DENIED.

It is so **ORDERED** on March 27, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-23741, styled *David Rodriguez, Individually and As Next Friend of Phillip Rodriguez, a Minor v. H.E. Butt Grocery Company, et al.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.